In the Matter of the Estate of SARA D. B. COMFORT, Deceased.

JESSIE F. COMFORT et al., as Executors of SARA D. B. COMFORT, Deceased, Appellants; CHARLES H. VAN BUREN et al., Respondents.

(Submitted May 22, 1933; decided May 24, 1933.)

*Ernest E. Wheeler* for motion.

*John L. Ketcham* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.